

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2023

No. 04-23-00623-CR

**IN RE** Miguel Angel **BELTRAN BARRERA** et al.

Original Proceeding[1]

### ORDER

On June 27, 2023, relators filed a petition for writ of mandamus. Relators also filed a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on June 30, 2023.

After considering the petition and this record, this court concludes relators are not entitled to the relief sought. *See In re Sanchez*, No. 04-23-00539-CR, 2023 WL 5274643, at *3-4 (Tex. App.—San Antonio Aug. 16, 2023, orig. proceeding) (denying mandamus petition without prejudice where relators failed to show trial court's denial of their motions for continuance amounted to a violation of due process); *In re Santiago Villalobo*s, No. 04-23-00538-CR, 2023 WL 4750833, at *1 (Tex. App.—San Antonio July 26, 2023, orig. proceeding) (mem. op.) (Martinez, C.J., concurring). Accordingly, the petition for writ of mandamus is **DENIED WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 30, 2023 is **LIFTED**.

It is so **ORDERED** on October 4, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 11754CR, 10867CR, 12441CR, 11889CR, 11472CR, and 11460CR styled, respectively, *State of Texas v. Miguel Angel Beltran Barrera*; *State of Texas v. Billy Alejandro de Santiago Pichardo*; *State of Texas v. Enrique Lopez Leon*; *State of Texas v. Jose Roberto Espiritud Cruz*; *State of Texas v. David Cayetano Vasquez*; *State of Texas v. Rufino Alberto Romero-Mendez* pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.